**Order entered August 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00398-CV

**FREDERICK E. MCDONALD, IV, Appellant**

**V.**

**EMILY C. MCDONALD, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-09019**

## ORDER

We **GRANT** appellant's August 6, 2015 unopposed motion for an extension of time to file a reply brief. Appellant shall file a reply brief by **OCTOBER 23, 2015**.

/s/     ELIZABETH LANG-MIERS
            JUSTICE